1   TRACEY THOMPSON
    21 Wills Street
2   San Francisco, CA 94124
    Telephone: (415) 724-7494
3   island415girl@yahoo.com

4   *Pro se* Plaintiff

5

6   MELINDA HAAG (CSBN 132612)
    United States Attorney
7   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
    ANN MARIE REDING (CSBN 226864)
8   Assistant United States Attorney

9      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
10     Telephone: (415) 436-6813
       FAX: (415) 436-6748
11     annie.reding@usdoj.gov

12  Attorneys for Defendant

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17  TRACEY THOMPSON,              )    No. CV 11-1670 EDL
                                  )
18         Plaintiff,             )    **STIPULATED REQUEST AND**
                                  )    **[PROPOSED] ORDER CONTINUING**
19      v.                        )    **INITIAL CASE MANAGEMENT**
                                  )    **CONFERENCE AND STIPULATION**
20  PATRICK R. DONAHOE, POSTMASTER )   **RE EXTENSION OF TIME TO**
    GENERAL OF THE UNITED STATES, )    **RESPOND TO PLAINTIFF'S**
21                                )    **COMPLAINT**
           Defendant.             )
22  _____)

23         Pursuant to Local Civil Rules 6-1 and 6-2, Defendant Patrick R. Donahoe, Postmaster

24  General of the United States ("Defendant"), and Plaintiff Tracey Thompson ("Plaintiff") hereby

25  jointly and respectfully request that the Court continue the Initial Case Management Conference

26  that has been scheduled in the above-captioned matter for July 26, 2011, at 10:00 a.m., until

27  September 20, 2011, at 10:00 a.m.  In accordance with Local Civil Rule 6-2(a), this motion is

28  supported by the Declaration of Ann Marie Reding and a proposed order, which are filed

herewith.  In addition, the parties stipulate to extend the time for Defendant to respond to Plaintiff's Complaint pursuant to Civil Local Rule 6-1(a).  The parties agree and stipulate as follows:

1.      On April 6, 2011, Plaintiff filed her Employment Discrimination Complaint.  On the same day, the Court scheduled an Initial Case Management Conference for July 19, 2011, at 10:00 a.m.  *See* Docket Nos. 1 and 2.

2.      On May 26, 2011, the U.S. Attorney's Office received a copy of Plaintiff's Complaint by personal service.  *See* Declaration of Ann Marie Reding ("Reding Decl.") at ¶ 3.

3.      On May 27, 2011, the Court continued the Initial Case Management Conference to July 26, 2011 at 10:00 a.m.  *See* Docket No. 8.

4.      On July 14, 2011, Plaintiff indicated that due to some medical appointments and potential surgery, she might be unavailable to attend the Case Management Conference or review and complete the Joint Case Management Conference Statement, as scheduled.  *See* Reding Decl. at ¶ 5.

5.      In view of the foregoing, the parties request that the Court continue the Initial Case Management Conference until September 20, 2011, at 10:00 a.m.

6.      In light of the foregoing, the parties have agreed to an extension of time for Defendant to respond to the Complaint from July 25, 2011 to August 12, 2011.

///
///
///
///
///
///
///
///
///
///

1       Therefore, the parties jointly request a continuance of the Initial Case Management

2 Conference from July 26, 2011, 10:00 a.m. to September 20, 2011, at 10:00 a.m.  Further, the

3 parties stipulate that Defendant will have until August 12, 2011 to respond to Plaintiff's

4 Complaint.

5

6 DATED: July 15, 2011

7                                                /s/ Tracey Thompson
TRACEY THOMPSON
*Pro Se* Plaintiff

8

9 DATED: July 15, 2011                          MELINDA HAAG
United States Attorney

10

11                                          /s/ Ann Marie Reding
ANN MARIE REDING

12                          Assistant United States Attorney
Attorney for Defendant

13

14                               ~~PROPOSED~~ **ORDER**

15       Plaintiff and Defendant's Stipulated Request to Continue Initial Case Management

16 Conference is hereby **GRANTED**.  The Initial Case Management Conference is continued until

17 September 20, 2011, at 10:00 a.m.  A joint case management statement shall be filed one week

18 prior to the conference.

19

20 Date:   July 15, 2011

IT IS SO ORDERED

Judge Elizabeth D. Laporte

STIPULATION AND PROPOSED ORDER CONTINUING CMC
CV 11-1670 EDL          3