IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant.<br>_____/ | No. C -11-01670(EDL)<br><br>**ORDER REQUIRING AMENDED COMPLAINT OR TO SHOW CAUSE** |

During a hearing on September 20, 2011, this Court granted Defendant's motion to dismiss and ordered Plaintiff, through her attorney of record Dennis Wright, to file an amended complaint by no later than October 11, 2011 after conferring with opposing counsel. See Dkt. # 32. No amended complaint has been timely filed, and Defendants inform the Court that they have been unable to reach Plaintiff's counsel regarding the amended complaint. See Dkt. # 34. Plaintiff also verbally notified the Court that she has been unable to reach her attorney, and she was encouraged to contact the Court's pro se help desk to see if the help desk could provide any assistance.

Pursuant to Local Rule 11-4, Plaintiff's counsel has an obligation to "[d]ischarge his or her obligations to his or her client and the Court." By failing to comply with the Court's Order to file an amended complaint, and by apparently failing to communicate with his client or opposing counsel, Plaintiff's counsel appears to be in violation of this rule and could be subject to discipline such as sanctions under Local Rule 11-6. Plaintiff's counsel is hereby ordered to show cause by no later than October 28, 2011 why no amended complaint has been timely exchanged with opposing

1  counsel and filed with the Court as Ordered, or to file an amended complaint after conferring with
2  his client and opposing counsel.

**IT IS SO ORDERED.**

Dated: October 21, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge