IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant.<br>_____/ | No. C 11-01670 EDL<br><br>**ORDER REQUIRING PLAINTIFF'S COUNSEL TO REGISTER FOR ELECTRONIC CASE FILING** |

It appearing from the docket that Plaintiff's counsel, Dennis Lynn Wright, has not registered on the Court's Electronic Case Filing ("ECF") system, Mr. Wright is hereby ordered to register as an ECF User pursuant to General Order No. 45, Section IV.A. Instructions for ECF registration are available on the Court's ECF website: https://ecf.cand.uscourts.gov.

The Clerk shall serve a copy of this Order and the December 15, 2011 Order of Conditional Dismissal on Plaintiff's counsel by mail.

**IT IS SO ORDERED.**

Dated: December 21, 2011

                                                  ELIZABETH D. LAPORTE
                                                United States Magistrate Judge