AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___CALIFORNIA___

Plaintiff (s),

V.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: ___C11-01670 EDL___

Notice is hereby given that, subject to approval by the court, ___TRACEY Thompson___ substitutes
(Party (s) Name)

___KEITH R. OLIVER___, State Bar No. ___257857___ as counsel of ~~record in~~
(Name of New Attorney)

place of ___Dolores Victor___
(Name of Attorney (s) Withdrawing Appearance)

OLIVERLawCorp
450 Harrison Street, Suite 200
San Francisco, CA 94105

Contact information for new counsel is as follows:

Firm Name: ___OLIVERLaw Corp___
Address: ___450 Harrison Street, Suite 200, SF, CA 94105___
Telephone: ___(415) 512-7353___   Facsimile ___(415) 738-5414___
E-Mail (Optional): ___—___

I consent to the above substitution.
Date: ___9/25/12___

___TRACEY Thompson___
(Signature of Party (s))

I consent to being substituted.
Date: ___9/14/12___

___Dolores Victor___
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: ___10-23-2012___

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 26, 2012

___Elizabeth D. Laporte___
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]