AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

Plaintiff (s),

V.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-01670 EDL

Notice is hereby given that, subject to approval by the court, TRACEY Thompson substitutes
(Party (s) Name)

KEITH R. OLIVER, State Bar No. 257857 as counsel of ~~record in~~

(Name of New Attorney)

place of DOLORES VICTOR

(Name of Attorney (s) Withdrawing Appearance)

OLIVERLawCorp
450 Harrison Street, Suite 200
San Francisco. CA 94105

Contact information for new counsel is as follows:

Firm Name: OLIVERLaw Corp
Address: 450 HARRISON STREET, SUITE 200, SF, CA 94105
Telephone: (415) 512-7353    Facsimile (415) 738-5414
E-Mail (Optional): —

I consent to the above substitution.
Date: 9/25/12

TRACEY THOMPSON
(Signature of Party (s))

I consent to being substituted.
Date: 9/14/12

DOLORES VICTOR
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10-23-2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 26, 2012

Elizabeth D. Laporte
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

RECEIVED OCT 25 2012 FINANCE DEPARTMENT U.S. DISTRICT COURT NORTHERN DISTRICT OF CA