Keith R. Oliver
OLIVERLawCorp
450 Harrison Street, Suite 200
San Francisco, CA 94105
Ph: (415) 512-7353
Fax: (415) 738-5414
krolegal@gmail.com

Attorney for Plaintiff

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    FAX: (415) 436-6748
    annie.reding@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACEY THOMPSON, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICK R. DONAHOE, POSTMASTER ) <br> GENERAL OF THE UNITED STATES, ) <br> ) <br>     Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. C 11-1670 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND TRIAL-RELATED DATES** <br><br> AS MODIFIED |

      Plaintiff Tracey Thompson and Defendant Patrick R. Donahoe, Postmaster General of the United States, by and through their respective counsel of record, hereby stipulate as follows:

      1.    On April 6, 2011, Plaintiff, appearing *pro se*, commenced this action in the United States District Court for the Northern District of California. *See* Doc

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND TRIAL-RELATED DATES
CV 11-1670 EDL

2. On August 11, 2011, Defendant filed a motion to dismiss Plaintiff's Complaint. *See* Docket No. 18.

3. On September 16, 2011, Plaintiff filed a Notice of Appearance by attorney Dennis Wright. *See* Docket No. 31.

4. On September 20, 2011, the Court granted Defendant's motion to dismiss with leave to amend. *See* Docket No. 32.

5. On January 11, 2012, Plaintiff filed a substitution of attorney, substituting attorney Dolores Victor for attorney Dennis Wright. *See* Docket No. 39.

6. On January 12, 2012, Plaintiff filed a First Amended Complaint, and on January 26, 2012, Defendant filed a motion to dismiss Plaintiff's newest complaint for lack of subject matter jurisdiction and failure to state a claim against Defendant. *See* Docket No. 44. On March 30, 2012, the Court granted in part and denied in part Defendant's motion to dismiss. Docket No. 51.

7. On April 9, 2012, Plaintiff filed her Second Amended Complaint, and on April 23, 2012, Defendant filed an answer. Docket Nos. 52 and 54.

8. The parties attended a mediation on July 13, 2012, but were unable to resolve this case.

9. On July 20, 2012, Defendant served written discovery requests in this case and originally noticed Plaintiff's deposition for September 10, 2012. (The parties had agreed to a discovery hold prior to the July 13, 2012 mediation.) Shortly before September 10, 2012, the parties agreed to take the deposition off calendar until Plaintiff had responded to Defendant's written discovery requests. To date, Plaintiff has not provided Defendant with verified responses to its discovery requests. In addition, Plaintiff has served no discovery requests and noticed no depositions in this matter.

10. On September 4, 2012, the Court set the following trial and trial-related dates:

| | |
|---|---|
| Initial Expert Disclosures | December 11, 2012 |
| Rebuttal Expert Disclosures | January 8, 2013 |
| Non-Expert Discovery Cutoff | February 5, 2013 |

| | |
|---|---|
| Expert Discovery Cutoff | February 19, 2013 |
| Last Day for Hearing on Dispositive Motions | April 23, 2013 |
| Pretrial Conference | July 16, 2013 |
| Trial | August 5, 2013 |

*See* Docket No. 66.

11. On or about October 25, 2012, Plaintiff filed a third notice of substitution of counsel, replacing Dolores Victor with Keith Oliver. *See* Docket No. 67.

12. On November 16, 2012, and after meeting and conferring with Plaintiff's counsel, Defendant re-noticed the deposition of Plaintiff, which is scheduled to take place on December 12, 2012.

13. The parties wish to move this case forward in a timely fashion; however, the frequent changes in Plaintiff's representation, and its implications on the case, have resulted in a delay in prosecution.

14. Based on the foregoing, the parties request the following continuances:

| | |
|---|---|
| Initial Expert Disclosures | March 1, 2013 |
| Rebuttal Expert Disclosures | March 22, 2013 |
| Non-Expert Discovery Cutoff | April 12, 2013 |
| Expert Discovery Cutoff | April 26, 2013 |
| Last Day for Hearing on Dispositive Motions | June 18, 2013 |
| Pretrial Conference | September 3, 2013, 2:00 p.m. |
| Trial | September 23, 2013 |

15. The parties have not made any prior requests to continue the trial date in this case.

///
///
///
///
///
///
///

1  DATED: November 30, 2012						Respectfully submitted,

2									OLIVERLawCorp

3
									   /s/ Keith Oliver
4									Keith R. Oliver
									Attorney for Plaintiff
5
   DATED: November 30, 2012						Respectfully submitted,
6									MELINDA HAAG
									United States Attorney
7

8
									   /s/ Ann Marie Reding
9									ANN MARIE REDING
									Assistant United States Attorney
10									Attorney for Defendant

11
					~~PROPOSED~~ ORDER   AS MODIFIED
12
	PURSUANT TO STIPULATION, IT IS SO ORDERED:
13
	The Court vacates the original trial and trial-related dates and orders the following dates:
14
	Initial Expert Disclosures				March 1, 2013
15
	Rebuttal Expert Disclosures				March 22, 2013
16
	Non-Expert Discovery Cutoff				April 12, 2013
17
	Expert Discovery Cutoff				April 26, 2013
18
	Last Day for Hearing on Dispositive Motions		June 18, 2013
19							            10
	Pretrial Conference					September ~~8~~, 2013, 2:00 p.m.
20							       October 7, 2013
	Trial						~~September 23, 2013~~
21
	It is further ordered that the parties shall comply with the Standing Order for Civil
22
Case Practice in Cases Assigned for All Purposes to Magistrate Judge Laporte, a copy of which
23
is available from the Clerk of the Court and on the Court's website, with regard to the timing and
24
content of the Joint Pretrial Statement, and all other pretrial submissions.
25
   Date: December 3, 2012
26
							*[signature: Elizabeth D. Laporte]*
27							HON. ELIZABETH D. LAPORTE
							United States Magistrate Judge
28

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND TRIAL-RELATED DATES
CV 11-1670 EDL					4