KEITH R. OLIVER (SBN 257837)
OLIVERLawCorp
450 Harrison Street, Suite 200
San Francisco, California 94105
Telephone: (415) 512-7353
Facsimile: (415) 738-5414

Attorney for Plaintiff
TRACEY THOMPSON

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PATRICK R. DONAHOE, Postmaster General of the United States Postal Service,<br><br>　　　　　　　　Defendant. | Case No.: C11-01670 EDL (KAW)<br><br>**REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE DUE TO PLAINTIFF'S ILLNESS**<br><br>**Magistrate Judge Kandis A. Westmore** |

TO THE COURT AND COUNSEL:

　　As directed by the Court, Plaintiff's Counsel now requests a continuance of the Settlement Conference that was scheduled for today, May 13, 2013 at 11:00 a.m., but was canceled due to Plaintiff's illness.

　　The Court having provided available dates for the continued Settlement Conference, Counsel for the respective parties have agreed on the date of May 20, 2013 for the continuance.

REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE　　　Page 1
DUE TO PLAINTIFF'S ILLNESS

1  Counsel respectfully requests that the Court order the parties to appear for
2  Settlement Conference on May 20, 2013 at 11:00 a.m.

3

4  Dated:  May 13, 2013

5                                                          By:  _/s/ Keith R. Oliver_____
                                                                KEITH R. OLIVER
6                                                               Attorney for Plaintiff