# Notice of Appeal to a Court of Appeals

From a Judgment or Order

of the

United States District Court for

The Northern District of California

RECEIVED
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
PUBLIC INFORMATION UNIT

2013 JUL 29 PM 4: 55

FILED_____
\`KETED_____
DATE  INITIAL

File No. _____

Tracey Thompson,

Plaintiff,

v.

PATRICK DONAHOE,
Postmaster of the United
States Postal Service,

Defendant.

C-11-1670 EDL

**Notice of Appeal**

Notice is hereby given that TRACEY THOMPSON, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the NINTH Circuit from an order GRANTING defendant's MOTION FOR SUMMARY JUDGMENT entered in this action on the 27th day of June, 2013.

/s/ Tracey Thompson

Pro Se

Address: 21 Wills Street, SF CA 94124